Mark D. Poniatowski, Esq. (#123405)
Kimberly F. Leding, Esq. (#233618)
Meera T. Parikh, Esq. (#217996)
LAW OFFICES OF MARK D. PONIATOWSKI
PROFESSIONAL CORPORATION
20980 Redwood Road, Suite 200
Castro Valley, California 94546
Telephone: (510) 881-8700
Facsimile: (510) 881-8702

Attorneys for Plaintiff Caterpillar Financial Services Corporation

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>LUIS CARLOS STAHL and CAROL ROSETTA STAHL,<br><br>Debtors.<br>_______________________________/ | Chapter 7<br><br>Case No. 6:09-bk-30494-DS |
| CATERPILLAR FINANCIAL SERVICES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LUIS CARLOS STAHL,<br><br>Defendant.<br>_______________________________/ | Adversary Proceeding No. 6:11-ap-01784-DS<br><br>NOTICE OF RE-FILING OF PLAINTIFF CATERPILLAR FINANCIAL SERVICES CORPORATION'S TRIAL BRIEF, AND DECLARATION OF SHERESE DOSSMAN, DECLARATION OF MEERA T. PARIKH AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF<br><br>DATE: November 30, 2011<br>JUDGE: Hon. Deborah Saltzman<br>COURTROOM: 302<br>3420 Twelfth Street<br>Riverside, CA 92501 |

TO THE HONORABLE DEBORAH SALTZMAN, DEBTORS, DEBTORS' COUNSEL, THE UNITED STATES TRUSTEE AND THE CHAPTER 7 TRUSTEE:

Please take notice that Plaintiff Caterpillar Financial Services Corporation ("Plaintiff") is re-filing the following documents in the above-captioned Adversary Proceeding No. 6:11-ap-01784-DS: 1) Trial Brief, 2) Declaration of Sherese Dossman re: Plaintiff's Trial Declaration, 3)

Declaration of Meera T. Parikh In Support Of Trial Brief, and 4) Request For Judicial Notice In Support Of Plaintiff's Trial Brief (the "Trial Documents").

Plaintiff's Trial Documents were originally filed with the Bankruptcy Court on February 18, 2011 in Adversary Proceeding No. 6:09-ap-01723-DS in Debtors' previous Chapter 11 Case No. 6:09-bk-30494-DS, and Plaintiff now re-files the identical Trial Documents in the above-captioned Adversary Proceeding No. 6:11-ap-01784-DS in Debtors' converted Chapter 7 Case No. 6:09-bk-30494-DS.

DATED: November 30, 2011

LAW OFFICES OF MARK D. PONIATOWSKI
PROFESSIONAL CORPORATION

/s/ *Mark D. Poniatowski*
MARK D. PONIATOWSKI
Attorneys for Plaintiff Caterpillar Financial Services Corporation

| | |
|---|---|
| In re: LUIS CARLOS STAHL<br>Debtor(s).<br>Caterpillar Financial Services Corporation v. Luis Carlos Stahl | CHAPTER: 7<br>CASE NUMBER: 6:09-bk-30494-DS<br>Adversary Proceeding No. 6:11-ap-01784-DS |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

20980 Redwood Road, Suite 200; Castro Valley, CA 94546

A true and correct copy of the foregoing document described as NOTICE OF RE-FILING OF PLAINTIFF CATERPILLAR FINANCIAL SERVICES CORPORATION'S TRIAL BRIEF, AND DECLARATION OF SHERESE DOSSMAN, DECLARATION OF MEERA T. PARIKH AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***November 30, 2011***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***November 30, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | | |
|---|---|---|---|
| Hon. Deborah J. Saltzman<br>(Chamber Copy)<br>U.S. Bankruptcy Court<br>3420 Twelfth Street, Ctrm 304<br>Riverside, CA 92501-3819 | Intake Office/Courtesy Copy<br>Attn: Ctrm Deputy for Judge Saltzman<br>U.S. Bankruptcy Court<br>Central District of California<br>3420 12th Street<br>Riverside, CA 92501-3819 | Debtor<br>Luis Carlos Stahl<br>34547 Borchard Road<br>Lake Elsinore, CA 92530 | Co Debtor<br>Carol Rossetta Stahl<br>34547 Borchard Road<br>Lake Elsinore, CA 92530 |

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| November 30, 2011 | Alison Lambert | */s/Alison Lambert* |
| *Date* | *Type Name* | *Signature* |

| In re: LUIS CARLOS STAHL<br><br>Debtor(s).<br><br>Caterpillar Financial Services Corporation v. Luis Carlos Stahl | CHAPTER: 7<br><br>CASE NUMBER: 6:09-bk-30494-DS<br><br>Adversary Proceeding No. 6:11-ap-01784-DS |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Dennis G Bezanson on behalf of Creditor Barton N. Dreyer, Trustee of the Barton N. Dreyer Rovcable Trust: dennis.bezanson@bbklaw.com, arthur.johnston.@bbklaw.com; kenneth.burgess@bbklaw.com; bknotices@bbklaw.com; dennis.bezanson@bbklaw.com
- John A Boyd on behalf of Creditor Security Service Federal Credit Union: fednotice@tclaw.net
- Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@ecf.epiqsystems.com
- Jennifer Witherell Crastz on behalf of Creditor Texas AgFinance, FLCA jcrastz@hemar-rousso.com
- Vincent V Frounjian on behalf of Creditor AMERICAN HONDA FINANCE CORPORATION vvf@pacbell.net
- Everett L Green on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov
- David F Makkabi on behalf of Creditor Deutsche Bank National Trust Co. cmartin@pprlaw.net
- Lee S Raphael on behalf of Creditor BAC Home Loans Servicing, LP cmartin@pprlaw.net
- Ramesh Singh on behalf of Interested Party Courtesy NEF claims@recoverycorp.com
- Cathy Ta on behalf of Creditor Barton N. Dreyer, Trustee of the Barton N. Dreyer Rovcable Trust cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com; Kenneth.Burgess@bbklaw.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- Stuart J Wald on behalf of Debtor Luis Stahl stuart.wald@gmail.com

**SERVED BY U.S. MAIL**

Counsel for Debtor
Stuart J. Wald, Esq.
36154 Coffee Tree Pl.
Murrieta, CA 92562

Chapter 7 Trustee
Arturo Cisneros (TR)
3403 Tenth Street, Suite 711
Riverside, CA 92501

United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501

Counsel for the U.S. Trustee
Everett L Green
Office of the US Trustee
3685 Main St Ste 300
Riverside, CA 92501